UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   Sulaiman Muhammad             ) Case No. 05-18347-B
                                       ) Chapter 13 Proceedings
         Debtor.                       ) Hon.  Randolph Baxter

## TRUSTEE'S MOTION TO COMPEL WAGE ORDER

Now comes CRAIG SHOPNECK, the duly appointed, qualified and standing Chapter 13 Trustee herein, by and through counsel, and hereby moves this Honorable Court for an order compelling the Debtor to submit to the Court an order requiring the employer to deduct the amount stated in the Plan of Reorganization (the "Plan") from the Debtor's wages and remit said funds to the Chapter 13 Trustee.  In support of his motion, the Trustee makes the following representations to the Court:

1.    The Trustee has reviewed the schedules of the Debtor and/or information provided by the Debtor, and believes that the Debtor earns sufficient wages that the amount specified in the Plan can be withheld and remitted to the Trustee.

2.    As of the date of this pleading, an order requiring the employer of the Debtor to withhold funds from the Debtor's pay and remit said funds to the Chapter 13 Trustee has not been entered.

3.    Pursuant to Administrative Order 05-4, issued by this Court on June 2, 2005, a debtor who is employed should make payments to the Trustee through a "wage order," rather than make the payments himself or herself directly to the Trustee.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court, pursuant to Administrative Order 05-4, to grant his motion and issue an order compelling the Debtor to submit to the Court, an order requiring the employer to deduct the amount stated in the Plan from the Debtor's wages and remit said funds to the Chapter 13 Trustee for the reasons cited.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Trustee's Motion to Compel Wage Order was served electronically and/or mailed by regular U.S. mail on August 5, 2005 to the following:

      Richard C Foote, Attorney for Debtor
      Ohio Savings Building
      20133 Farnsleigh Road
      Shaker Heights, OH 44122-0000

      Sulaiman Muhammad, Debtor
      1870 Idlewood Avenue
      East Cleveland, OH 44112-0000

      /S/ Craig Shopneck
      CRAIG SHOPNECK (#0009552)

CS/mam
8/5/05