UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
05 SEP -2 PM 1: 44
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

In re: ) Case No. 05-18347 Chapter 13
)
SULAIMAN MUHAMMAD ) Judge RANDOLPH BAXTER
)
Debtor(s). ) **ORDER DIRECTING EMPLOYER**
) **TO MAKE DEDUCTIONS FROM**
) **DEBTOR-EMPLOYEE'S WAGES,**
) **COMBINED WITH RELATED**
) **ORDERS**
Social Security No. XXX-XX-6541 )

**To: PAYROLL DEPTARTMENT**

A case has been filed under Chapter 13 of the Bankruptcy Code by the named Debtor(s). As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the statement of affairs of the Debtor(s), the Debtor's employer is:

**City of East Cleveland**
**14340 Euclid Avenue**
**East Cleveland, OH 44112**

In accordance with the relevant provisions of the Debtor's proposed plan,
IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct from the Debtor's next paycheck the sum of **$ 300/bi-weekly** and the same amount from each pay period thereafter (including periodic or lump sum payments) and *promptly* forward the amounts deducted to the Chapter 13 Trustee, until further order of this Court. The Chapter 13 Trustee's name and address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 714112
Columbus, Ohio 43271-4112

**Include the case number shown above with all payments**.

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the employer is to notify the Chapter 13 Trustee.

ENTERED PURSUANT TO ADMINISTRATIVE
ORDER NO. 03-4: KENNETH J. HIRZ,
CLERK OF BANKRUPTCY COURT
By: \s\ Sandi Reddish
Deputy Clerk

Dated: September 2, 2005
By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor: /s/Richard C. Foote
Richard C. Foote (#0000012)
Address: Ohio Savings Building
20133 Farnsleigh Road
City/State: Shaker Heights, OH 44122-3613
Phone: (216) 991-6200 Fax: (216) 991-6199
e-mail: court@rcfootelaw.com